# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL ACTION NO. |
| : | 1:02-CR-0591-01-RWS |
| JULU KOTHAPA,   : | |
| : | |
| Defendant.   : | |

## **ORDER**

This case is before the Court for consideration of Defendant's Motion for Extension of Time [276]. For good cause shown, the Motion is hereby **GRANTED**. Defendant shall file his reply not later than October 28, 2005.

**SO ORDERED** this __18th__ day of October, 2005.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)